UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 03-80117-CR-HURLEY

UNITED STATES OF AMERICA,
    Plaintiff,

v.

GARY MOORE,
    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATIONS AND SETTING SENTENCING HEARING

THIS CAUSE comes before the court upon written report from the United States Probation Office that the above named defendant violated the conditions of supervision and upon the Report and Recommendations of a United States Magistrate Judge, [DE 103], dated May 1, 2015. Upon consideration, it is

ORDERED and ADJUDGED that:

1. The Magistrate Judge's Report and Recommendations are **adopted**.

2. A sentencing hearing will be conducted on **Thursday, May 14, 2015,** at **2:30 p.m.** in Courtroom 5 at the U.S. Courthouse, 701 Clematis Street, West Palm Beach, Florida.

DONE and SIGNED in Chambers at West Palm Beach, Florida this 4th day of May, 2015.

**copy furnished:**
AUSA Adam C. McMichael
Michael C. Smith, Esq.
United States Marshal's Service
United States Probation Office

Daniel T. K. Hurley
United States District Judge

For updated court information, visit unofficial Web site at http://judgehurley.com